IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


SHEEHAN, PHINNEY, BASS & GREEN, PA,     )
                                        )
                            *Plaintiffs*     )
                                        )
v.                                      )     CASE #_____
                                        )
                                        )
                                        )
LEIGH HOLDINGS, LLC, et. al.            )
                                        )
                            Defendants     )

### <u>NOTICE OF SPECIAL APPEARANCE</u>


        Please enter my special appearance *Pro Se* on behalf of the Defendant Richard
Tannenbaum, Individually and as the Managing Member of Leigh Holdings, LLC.



                        Respectfully submitted,

                        **Richard Tannenbaum**

                        By himself,

                        /s/ Richard Tannenbaum_____
                        Richard Tannenbaum[1]
                        *Pro Se* & Managing Member
                        Leigh Holdings, LLC
                        401 N ASHLEY DR #173254
                        TAMPA, FL 33602-4301
                        T: (813) 308-9273
                        Email: rtannenbaum@ouroborosgroupllc.com

DATED:  Tuesday, November 7, 2023

---

[1] This is without waiver of any defenses under Rule 12 or the failure of Sheehan PA to serve the Defendant
personally.

*SHEEHAN, PHINNEY, BASS & GREEN, PA, Plaintiff v. LEIGH HOLDINGS, LLC, et. al., Defendants*

## **CERTIFICATE OF SERVICE**

I, Richard Tannenbaum, hereby certify that on Tuesday, November 7, 2023,  I caused a true and correct copy of the foregoing document to be served by email addressed to Charles Waters, Esq. (cwater@sheehan.com) of Sheehan Phinney Bass & Green PA 28 State Street, 22nd Floor Boston, MA 02109.

/s/ Richard Tannenbaum

Richard Tannenbaum