FILED
IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS  NOV -9  PM 4: 34

| | |
|---|---|
| SHEEHAN, PHINNEY, BASS & GREEN, PA, )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>LEIGH HOLDINGS, LLC, et. al. )<br>)<br>*Defendants* ) | 1:23-cv-12683-PBS |

## MOTION FOR JUDICIAL NOTICE OF LAW FIRM SHEEHAN, PHINNEY, BASS, & GREEN PA'S PRINCIPAL PLACE OF BUSINESS BEING NEW HAMPSHIRE AND NOT MASSACHUSETTS AS ORIGINALLY PLEAD

Defendant hereby moves this Court pursuant to Federal Rule of Evidence 201 for an order taking judicial notice that the principal place of business of law firm Sheehan, Phinney, Bass, & Green PA, the plaintiff law firm (the "Sheehan PA" and "Plaintiff") is located in New Hampshire.

This is evidence by (**Exhibit 1**) which was downloaded from the New Hampshire Secretary of State's office and lists principle place of business as 1000 Elm Street, Manchester, NH, 03101, USA. This forms the basis of the filed motion styled, "*Notice Of Removal Of Suffolk Superior Court State Action To The United States District Court For The District Of Massachusetts.*" Sheehan PA formerly represented by Counsel to Sheehan PA, Michael J. Lambert, Esq. (who is the head of the litigation department at Sheehan PA and listed as an Director in Exhibit 1), and now Charles Waters, Esq. (who is also a Director at Sheehan PA) filed this lawsuit against three defendants, one defaulted, and one was dismissed with prejudice by Sheehan PA.

*SHEEHAN, PHINNEY, BASS & GREEN, PA, Plaintiff v. LEIGH HOLDINGS, LLC, et. al., Defendants*

There can be no dispute that Sheehan PA is both a registered New Hampshire professional association and has a principal place of business in New Hampshire, this fact is indisputable and should be judicially noticed. Even though this was inaccurate in the pleading for the Suffolk Superior Court state court action, which has just been removed to the Honorable Court.

Federal Rule of Evidence 201 provides that a court "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." The principal place of business of a law firm is a fact that can be readily and accurately determined from public records. Sheehan Phinney Bass & Green PA is a law firm registered with the Secretary of State of New Hampshire and lists its principal office address on filings with that office as being located in New Hampshire. Additionally, the law firm's website lists its main office as being in New Hampshire.

"A judge may take notice of an adjudicative fact only if it is not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Crimson Galeria Ltd. P'ship v. Healthy Pharms, Inc.*, 337 F. Supp. 3d 20, 30 (D. Mass. 2018) (Burroughs, J.) (citing *Sarvis v. Polyvore, Inc.*, No. 12-cv-12233-LTS, 2015 U.S. Dist. LEXIS 140415, 2015 WL 5934759, at *4 (D. Mass. Aug. 24, 2015)); see also Fed. R. Evid. 201(b). Matters of public record, see *In re Colonial Mortg. Bankers Corp.*, 324 F.3d at 15-16 -- [*205] which include material on government websites, see *Gent v. Cuna Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) -- are generally subject to judicial notice. *Pietrantoni v. Corcept Therapeutics Inc.*, 640 F. Supp. 3d 197, 204-05 (D. Mass. 2022)

Accordingly, Defendant respectfully requests that the Court take judicial notice that the principal place of business and state of incorporation of Sheehan, Phinney, Bass, & Green PA is located in New Hampshire for purposes of this litigation.

Respectfully submitted,

**Richard Tannenbaum**

By himself,

/s/ Richard Tannenbaum
Richard Tannenbaum[1]
*Pro Se* & Managing Member
Leigh Holdings, LLC
401 N ASHLEY DR #173254
TAMPA, FL 33602-4301
T: (813) 308-9273
Email: rtannenbaum@ouroborosgroupllc.com

DATED: Wednesday, November 8, 2023

## CERTIFICATE OF SERVICE

I, Richard Tannenbaum, hereby certify that on Wednesday, November 8, 2023, I caused a true and correct copy of the foregoing document to be served by email addressed to Charles Waters, Esq. (cwater@sheehan.com) of Sheehan Phinney Bass & Green PA 28 State Street, 22nd Floor Boston, MA 02109.

/s/ Richard Tannenbaum

Richard Tannenbaum

## DECLARATION IN SUPPORT OF THE MOTION

I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

---

[1] This is without waiver of any defenses under Rule 12 or the failure of Sheehan PA to serve the Defendant personally.

*SHEEHAN, PHINNEY, BASS & GREEN, PA, Plaintiff v. LEIGH HOLDINGS, LLC, et. al., Defendants*

/s/ Richard Tannenbaum

Richard Tannenbaum

## CERTIFICATE OF CONFERENCE

I hereby certify that on Wednesday, November 8, 2023, I emailed counsel of record for the Plaintiff regarding this issue in a good faith effort to resolve the dispute for this motion. If this motion is now filed, I was unable to reach agreement on the motion either via email or phone.

/s/ Richard Tannenbaum

Richard Tannenbaum