

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Robert M. Farrell**
CLERK OF COURT

**TO: Office of the Clerk**   **RE:**

Suffolk Superior Court   CIVIL ACTION #. 1:23-12683-PBS

3 Pemberton Square

Boston, MA 02108

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ by the Honorable Judge Patti B. Saris
The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( X )   Certified copy of Order of Remand;

( X )   Original documents numbered 1-29

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

ROBERT M. FARRELL
CLERK

Date: 4/2/2024         /s/Clarilde Karasek
                                    Deputy Clerk

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
Deputy Clerk